IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01636-BNB

BRIAN PERCEVAL,

    Applicant,

v.

JEANNE RAEL, and
DIANE SCHULZ,

    Respondents.

## ORDER DISMISSING CASE

    Applicant, Brian Perceval, initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  On June 11, 2014, Magistrate Judge Boyd N. Boland ordered Respondents to file a Preliminary Response limited to addressing whether Applicant is in custody and the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and exhaust of state court remedies.  On July 18, 2014, Respondents filed their Preliminary Response (ECF No. 10).  On August 6, 2014, Mr. Perceval filed a Motion to Dismiss (ECF No. 11) asking the Court to dismiss the instant action because his claims now are moot.  That motion will be granted.  *See* Fed. R. Civ. P. 41(a)(2).  Accordingly, it is

ORDERED that Applicant's Motion to Dismiss (ECF No. 11) is granted and the instant action is dismissed without prejudice.

DATED at Denver, Colorado, this   12th   day of    August          , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court